## First Department, September, 1961

### (September 8, 1961)

■ Motor Vehicle Accident Indemnification Corporation v. James Graffagnino et al.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

■ Malcolm White v. Globe Indemnity Company.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

### (September 12, 1961)

In decisions Nos. 1–5 the court is as follows: Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

■ William A. White & Sons v. Seymour Scott.— Motion for an extension of time to serve an answer to the complaint granted upon the terms and conditions contained in the order to show cause, dated June 22, 1961.

■ Jean Cirigliano v. Savario Cirigliano.— Motion for a stay denied.

■ Louise Greco v. National Transportation Co., Inc., et al.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before October 11, 1961, with notice of argument for the November 1961 Term of this court, said appeal to be argued or submitted when reached.

■ In the Matter of Fresno Rest. Corp. v. State Liquor Authority.— Motion to dismiss appeal granted, with $10 costs.

■ Mildred Wolf v. Martin Wolf.—

Petitioner-respondent's points are to be served and filed on or before September 15, 1961. Reply points, if any, are to be served and filed on or before September 20, 1961.